IMPAC, INC. v. CITY OF PATERSON.

May 16, 1984.

Petition for certification denied.

WILLIE PAULEY v. EMPLOYERS INSURANCE OF WAUSAU.

May 22, 1984.

Petition for certification denied.

BARRY S. GOODMAN v. PATRICK J. CERVASIO.

May 22, 1984.

Petition for certification denied.

ANTHONY STOKLASEK v. HAD REALTY.

May 22, 1984.

Petition for certification denied.